# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD ALLEN, CDCR # D-76353,<br><br>                    Plaintiff,<br>v.<br><br>RALPH DIAZ, et al.,<br><br>                    Defendants. | Case No.: 21cv0602-LAB (RBM)<br><br>**ORDER RE REFERRAL NOTICE ON PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL** |

Before the Court is a referral notice by the Ninth Circuit, dated July 27, 2022, that seeks a determination whether Plaintiff Charles Edward Allen's in forma pauperis ("IFP") status should be continued on appeal or whether the Court finds the appeal to be frivolous or taken in bad faith. (Dkt. 28). Allen filed his notice of appeal of the clerk's judgment in this case on July 22, 2022. (Dkt. 25).

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Rule 24(a) of the Federal Rules of Appellate Procedure provides that:

> [a] party who was permitted to proceed in forma pauperis
> in the district-court action, or who was determined to be

financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise.

Fed. R. App. P. 24(a)(3). For purposes of 28 U.S.C. § 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Upon review of Allen's notice of appeal, the Court concludes that the appeal is not frivolous or taken in bad faith, and that the IFP status should continue on appeal.

**IT IS SO ORDERED**.

Dated: July 29, 2022

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge